UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:17-mj-1256

UNITED STATES OF AMERICA :
:
v. : ORDER
:
RENALD HAYWOOD :
   a/k/a "Bruno" :

Upon motion of the United States of America, and for good cause shown, the sealed Indictment (7:17-cr-00145-FL) returned by the Grand Jury for the Eastern District of North Carolina on November 13, 2017, is hereby ORDERED to be unsealed and that Criminal Complaint (7:17-mj-1256) remain sealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This  14th  day of November, 2017.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT COURT JUDGE